**Electronically Filed
Supreme Court
SCWC-18-0000291
18-JUL-2024
01:13 PM
Dkt. 21 OGAC**

SCWC-18-0000291

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THOMAS SCHMIDT, Petitioner/Plaintiff-Appellant,

vs.

GARY VICTOR DUBIN; DUBIN LAW OFFICES,
Respondents/Defendants/Third-Party Plaintiffs/
Third-Party Counterclaim Defendants-Appellees,

and

GARY VICTOR DUBIN; DUBIN LAW OFFICES,
Respondents/Defendants/Third-Party Plaintiffs/
Third-Party Counterclaim Defendants-Appellees,

vs.

JOHN S. CARROL,
Respondent/Third-Party Defendant/
Third-Party Counterclaim Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000291; CASE NO. 1CC151000482)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kawano, in place of Devens, J., recused)

Petitioner Thomas Schmidt's Application for Writ of

Certiorari, filed on June 18, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 18, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kelsey T. Kawano